IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| vs. ) | CASE NO. 2:03CR78 | |
| ) | (Financial Litigation Unit) | |
| ROGER LYNN ARCH, ) | | |
| Defendant. ) | | |
| and ) | | |
| ) | | |
| EASTERN BAND OF CHEROKEE INDIANS, ) | | |
| Garnishee. ) | | |

**DISMISSAL OF ORDER OF GARNISHMENT**

**THIS MATTER** is before the Court on motion of the United States to dismiss the Order of Garnishment filed against the Defendant Roger Lynn Arch.

For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Order of Garnishment filed in this case against the Defendant Roger Lynn Arch is hereby **DISMISSED.**

Signed: September 22, 2008

Lacy H. Thornburg
United States District Judge